UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT KESSLER,

                Plaintiff,

    v.

QUANG VUONG, et al.,

                Defendants.

Cause No. C21-0334RSL

ORDER STRIKING SECOND
AMENDED COMPLAINT FOR
DECLARATORY AND
INJUNCTIVE RELIEF

This matter comes before the Court *sua sponte*. On April 23, 2021, plaintiff filed a second amended complaint in the above-captioned matter. Plaintiff had already amended the pleading as a matter of course, and there is no indication that defendants provided written consent to the second amendment. *See* Fed. R. Civ. P. 15(a). The amended pleading (Dkt. # 13) is therefore STRICKEN and will not be considered.

Dated this 23rd day of April, 2021.

*Mnr S Lasnik*

Robert S. Lasnik
United States District Judge

ORDER - 1