# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT KESSLER,<br><br>Plaintiff,<br><br>-vs-<br><br>ESTATE OF BROOKE A BARNES and SCREWDRIVER BAR, LLC, individually,<br><br>Defendants. | Cause No. 2:20-cv-334<br><br>PLAINTIFF'S VOLUNTARY MOTION TO DISMISS |

Plaintiff, Robert Kessler, by and through undersigned counsel, hereby file the Plaintiff's Unopposed Voluntary Motion to Dismiss this action. Counsel for the Defendants have no objection to this Motion.

**IT IS SO ORDERED**, the above-referenced matter shall be Dismissed without prejudice.

Dated this 24th day of May, 2021.

_____
United States District Judge

DATED this 12 May 2021.

Respectfully submitted,


/s/ Derek Butz
Derek Butz
WSBA #54240
Enabled Law Group
P.O. Box 18963
Spokane, Washington 99228
Telephone: 206-445-3961
Email: DB@Enabledlawgroup.com



/s/ SaNni M-K Lemonidis
SaNni M-K Lemonidis, WSBA No. 39749
Lemonidis Consulting & Law Group, PLLC
701 Fifth Avenue, Suite 4200
Seattle, WA 98104
(206) 926-6700
sanni@lemonidislaw.com
*Attorney for Defendant Screwdriver Bar, LLC*



/s/ Hunter M. Abell
Hunter M. Abell, WSBA No. 37223
Williams Kastner
601 Union Street, Suite 4100
Seattle, WA 98101
(206) 628-6600
habell@williamskastner.com
*Attorney for Estate of Brooke A Barnes*